AUXILIARY GRAPHIC EQUIPMENT, INC., Appellant,

v.

FORTNER GRAPHIC SOLUTIONS, INC. et al., Respondents.

No. WD 74177.

Missouri Court of Appeals,
Western District.

Oct. 30, 2012.

Christopher Hoberock and Judy R. Ullmann, Nevada, MO, for appellant.

Brandon B. Fisher, Nevada, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, CINDY L. MARTIN, Judge, and KENNETH R. GARRETT, Sp. J.

## ORDER

PER CURIAM.

Auxiliary Graphic Equipment, Inc., appeals from a circuit court judgment denying its conversion claim against Harold Fortner, Jr. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).